UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                              Case No.  06-203-0

TRENT MOCK

---

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 40, FED.R.CRIM.P.

TRENT MOCK, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Violation of Conditions of Pretrial Release from MD/TN was held on January 10, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **TRENT MOCK** is the person named in the warrant for arrest, a copy of which has been produced.

It is, therefore,

**ORDERED** that **TRENT MOCK** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this ___30th_____ day of March, 2006.

                                        _____s/ Diane K. Vescovo_____
                                                   DIANE K. VESCOVO
                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Pretrial Services Office